JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LATINA MARIE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES et al., <br><br> Defendants. | Case No. CV 23-09938-MRA (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Fifth Amended Complaint and this entire action are dismissed with prejudice.

Date: April 30, 2025

MONICA RAMIREZ ALMADANI
United States District Judge